

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| LEONARD J. PORTO III,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF NEWPORT BEACH,<br><br>    Defendant. | Case No. SACV 11-00180-DOC (MLG)<br><br>ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed all of the records and files herein, including the Report and Recommendation of the United States Magistrate Judge, and has conducted a *de novo* review of those portions of the Report and Recommendation to which objections were filed. The Court accepts and adopts the findings and recommendations in the Report and Recommendation and ORDERS that the action be dismissed with prejudice.

Dated: June 15, 2011

                                                       _David O. Carter_
                                                     David O. Carter
                                                     United States District Judge