

FILED
JUN 21 2011
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

JS - 6/ENTER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| LEONARD J. PORTO III, | Case No. SACV 11-00180-DOC (MLG) |
| Plaintiff, | JUDGMENT |
| v. | |
| CITY OF NEWPORT BEACH, | |
| Defendant. | |

IT IS ADJUDGED that the action herein is dismissed with prejudice.

Dated: June 15, 2011

_David O. Carter_
David O. Carter
United States District Judge



ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN 21 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY